[No. 70534-2-I.   Division One.   September 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WENDELL
DOWNS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06312-1, Andrea A. Darvas, J., entered July 18, 2013. *Dismissed* by unpublished per curiam opinion.

[No. 70553-9-I.   Division One.   September 2, 2014.]

RACE TRACK, LLC, ET AL., *Appellants*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-04325-4, Janice E. Ellis, J., entered May 30, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Leach and Trickey, JJ.

[No. 70604-7-I.   Division One.   September 2, 2014.]

TOWNE OWNERS ASSOCIATION, *Plaintiff*, v. BRIAN D. BECKMANN ET AL., *Defendants*.

DCR SERVICES, LLC, *Appellant*, v. THE CONDO GROUP, LLC, *Respondent*.

BANK OF AMERICA, NA, *Plaintiff*, v. TOWNE OWNERS ASSOCIATION, *Defendant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-08939-8, Monica J. Benton, J., entered June 4, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Appelwick, J.